# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2460

Charles E. Sisney

Appellee

v.

Denny Kaemingk, in his official capacity as the South Dakota Secretary of Corrections, et al.

Appellants

_____

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:15-cv-04069-LLP)
_____

**ORDER**

Appellee's motion for preparation of a transcript of the May 15, 2020 hearing before United States District Judge Lawrence J. Piersol is granted, and the court hereby certifies, pursuant to 28 U.S.C. Section 753(f), that the appeal is not frivolous (but presents a substantial issue.)

The court reporter shall prepare an original and one copy of the transcript, with the original being filed with the clerk of the district court for transmittal to this court and the copy being provided to appellee's appointed attorney, Mr. Steven Morrison. The court reporter should present their bill for the original and one copy to the clerk of this court for payment.

The transcript of the hearing is due August 28, 2020.

July 24, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans