# United States District Court
## District of South Dakota
Office of the Clerk
225 South Pierre Street, Room 405
Pierre, SD 57501

Matthew W. Thelen  
Clerk of Court

Telephone  
(605) 945-4600

August 12, 2020

Scott Lewandoski  
Eighth Circuit Court of Appeals  
Thomas F. Eagleton United States Courthouse  
111 S. 10th St., Ste. 24.329  
St. Louis, MO   63102

Re:       Sisney v. Kaemingk et al.  
Our File:   4:15-cv-4069-LLP  
Your File:  20-2460

Dear Scott:

Enclosed please find the transcript of the motion hearing as ordered (doc. 182) by the Eighth Circuit in the above matter.

Should you have any questions, please do not hesitate to contact the clerk's office.   Thank you.

Sincerely,

/s/ *Shellie Krog*  
Shellie Krog  
Courtroom Deputy  
Encs.