UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

*******************************************************************************

| | | |
|---|---|---|
| CHARLES E. SISNEY, | * | CIV 15-4069 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| DENNY KAEMINGK, in his official capacity as the South Dakota Secretary of Corrections; DARIN YOUNG, in his official capacity as the Warden of the South Dakota State Penitentiary; SHARON REIMANN, in her official capacity as an SDSP designated Mailroom Officer; and CRAIG MOUSEL, in his official capacity as an SDSP designated Property Officer, | * | |
| Defendants. | * | |

*******************************************************************************

Pending before the Court is Plaintiff's Motion for Costs, Doc. 169. With the case currently on appeal, the Court is denying the Motion, with the right to refile after the appeal is concluded.

Accordingly, IT IS ORDERED that Plaintiff's Motion for Costs, Doc. 169, is denied.

Dated this 8th day of January, 2021.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

_____